# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-607-RJC-DCK

| | |
|---|---|
| ELIJAH WALKER and CRYSTAL WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> SGB CORPORATION d/b/a WEST AMERICA MORTGAGE COMPANY; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, a/k/a GINNIE MAE REMIC TRUST 2005-028; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a/k/a MERS; CITIMORTGAGE, INC.; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; and DOES 1 THROUGH 100, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendants Citimortgage, Inc. and Mortgage Electronic Registration Systems, Inc.'s "Motion To Dismiss Amended Complaint" (Document No. 20).

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiffs, who are proceeding *pro se*, that they have a right to respond to Defendants motion. The Court also advises Plaintiffs that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiffs may respond to the pending "Motion To Dismiss Amended Complaint" (Document No. 20) on or before **February 25, 2016**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

**SO ORDERED**.

Signed: February 16, 2016

David C. Keesler
United States Magistrate Judge