# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Crystal Walker<br>Elijah Walker**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00607-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Rushmore Loan Management Services, LLC<br>SGB Corporation<br>Does 1-100<br>Government National Mortgage Association<br>Citimortgage, Inc.<br>Mortgage Electronic Registration System, Inc.**,**<br>Defendant(s). | )<br><br><br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2016 Order.

July 12, 2016

_____
Frank G. Johns, Clerk
United States District Court